THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOURDES DEL RIO, *et al.*, | CASE NO. C17-0690-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| IPECO HOLDINGS, LTD., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Pursuant to Local Civil Rule 10(e)(9), Plaintiffs are ORDERED to provide the Court with a courtesy of copy of their response to Defendant Ipeco Holdings, LTD.'s motion to dismiss (Dkt. No. 67). The courtesy copy shall include the response brief as well as all attachments. Plaintiffs are DIRECTED to submit the courtesy copy to the Clerk of Court, attention Judge Coughenour, no later than January 19, 2018.

DATED this 17th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-0690-JCC
PAGE - 1