THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LOURDES DEL RIO, *et al.*, | CASE NO. C17-0690-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| IPECO HOLDINGS, LTD., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to amend the Court's scheduling order (Dkt. No. 78). Finding good cause, the Court GRANTS the motion. Pursuant to the parties' stipulation, the Case ENTERS the following amended scheduling order:

| **Event** | **Deadline** |
|---|---|
| Plaintiffs' expert disclosures | March 1, 2019 |
| Defendants' expert disclosures | April 1, 2019 |
| Parties' rebuttal expert disclosures | April 26, 2019 |
| Mediation deadline | May 24, 2019 |
| Close of discovery | August 4, 2019 |
| Dispositive motion deadline | September 3, 2019 |

| | |
|---|---|
| Plaintiffs' pretrial statement | October 2, 2019 |
| Defendants' pretrial statement | October 14, 2019 |
| Deadline for conference of attorneys | October 22, 2019 |
| Pretrial order filed | November 1, 2019 |
| Deadline for mandatory courtroom technology training | November 2, 2019 |
| Trial briefs, proposed voir, proposed jury instructions, and motions in limine filed | November 4, 2019 |
| Responses to motions in limine | November 18, 2019 |
| Trial (15-day estimate) | December 2, 2019 |

DATED this 31st day of October 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk