THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOURDES DEL RIO, *et al.*,

        Plaintiffs,

  v.

IPECO HOLDINGS, LTD., *et al.*,

        Defendants.

CASE NO. C17-0690-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to amend the Court's scheduling order (Dkt. No. 81). This is the second time the parties have requested that the Court modify its scheduling order. (*See* Dkt. Nos. 78, 79.) Finding good cause, the Court GRANTS the stipulated motion. Pursuant to the parties' stipulation, the Case ENTERS the following amended scheduling order:

| **Event** | **Deadline** |
| --- | --- |
| Plaintiffs' expert disclosures | July 1, 2019 |
| Defendants' expert disclosures | August 1, 2019 |
| Parties' rebuttal expert disclosures | August 26, 2019 |
| Mediation deadline | September 23, 2019 |

MINUTE ORDER
C17-0690-JCC
PAGE - 1

| Close of discovery | December 4, 2019 |
| --- | --- |
| Dispositive motion deadline | January 3, 2020 |
| Plaintiffs' pretrial statement | February 10, 2020 |
| Defendants' pretrial statement | February 21, 2020 |
| Deadline for conference of attorneys | March 2, 2020 |
| Pretrial order filed | March 16, 2020 |
| Deadline for mandatory courtroom technology training | March 16, 2020 |
| Trial briefs, proposed voir, proposed jury instructions, and motions in limine filed | March 20, 2020 |
| Responses to motions in limine | April 10, 2020 |
| Trial (15-day estimate) | April 20, 2020 |

DATED this 28th day of February 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk