THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOURDES DEL RIO, *et al.*,

    Plaintiffs,

 v.

IPECO HOLDINGS, LTD., *et al.*,

    Defendants.

CASE NO. C17-0690-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to amend the Court's scheduling order (Dkt. No. 83). This is the third time the parties have requested that the Court modify its scheduling order. (*See* Dkt. Nos. 78, 81.) Finding good cause, the Court GRANTS the stipulated motion. Pursuant to the parties' stipulation, the Court ENTERS the following amended scheduling order:

| Event | Deadline |
| --- | --- |
| Plaintiffs' expert disclosures | September 23, 2019 |
| Defendants' expert disclosures | October 23, 2019 |
| Parties' rebuttal expert disclosures | November 15, 2019 |
| Mediation deadline | December 9, 2019 |

MINUTE ORDER
C17-0690-JCC
PAGE - 1

| | |
|---|---|
| Close of discovery | February 18, 2020 |
| Dispositive motion deadline | March 18, 2020 |
| Plaintiffs' pretrial statement | April 27, 2020 |
| Defendants' pretrial statement | May 6, 2020 |
| Deadline for conference of attorneys | May 18, 2020 |
| Pretrial order filed | June 1, 2020 |
| Deadline for mandatory courtroom technology training | June 1, 2020 |
| Trial briefs, proposed voir, proposed jury instructions, and motions in limine filed | June 3, 2020 |
| Trial (15-day estimate) | July 13, 2020 |

DATED this 10th day of June 2019.

                      William M. McCool
                      Clerk of Court

                      s/Tomas Hernandez
                      Deputy Clerk