THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LOURDES DEL RIO, *et al.*,

    Plaintiffs,

  v.

IPECO HOLDINGS, LTD., *et al.*,

    Defendants.

CASE NO. C17-0690-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' unopposed motion to substitute a proper party (Dkt. No. 86). Pursuant to Federal Rule of Civil Procedure 25(a)(1), and finding good cause, the Court GRANTS the motion. Liana M. Murphy shall be substituted, as Executrix of the Estate of Lourdes A. Del Rio, as Intervenor in this case and may recover whatever relief she may be legally entitled. The Clerk is DIRECTED to terminate Plaintiff Lourdes A. Del Rio from this matter. The parties and the Clerk are DIRECTED to caption all future pleadings as: *Jorge Calero, et al. v. Ipeco Holdings, Ltd., et al.*

//

//

//

MINUTE ORDER
C17-0690-JCC
PAGE - 1

1      DATED this 14th day of August 2019.

2                                               William M. McCool

3                                               Clerk of Court

4                                               s/Tomas Hernandez
                                                  Deputy Clerk

MINUTE ORDER
C17-0690-JCC
PAGE - 2