THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOURDES DEL RIO *et al.*,

        Plaintiffs,

   v.

IPECO HOLDINGS, LTD. *et al.*,

        Defendants.

CASE NO. C17-0690-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion for extension of time of remaining deadlines (Dkt. No. 88). This is the fourth time the parties have requested that the Court modify its scheduling order. (*See* Dkt. Nos. 78, 81, 83.) Finding good cause, the Court GRANTS the stipulated motion. Pursuant to the parties' stipulation, the Court ENTERS the following amended scheduling order:

| EVENT | DATE |
|---|---|
| Plaintiffs' expert disclosures | April 28, 2020 |
| Defendants' expert disclosures | May 28, 2020 |
| Rebuttal expert disclosures | June 29, 2020 |

MINUTE ORDER
C17-0690-JCC
PAGE - 1

| Mediation deadline | July 20, 2020 |
| --- | --- |
| Close of discovery | September 29, 2020 |
| Dispositive motion deadline | October 28, 2020 |
| Plaintiffs' pretrial statement | January 8, 2021 |
| Defendants' pretrial statement | January 18, 2021 |
| Review of exhibits; lists re admissibility | January 19-26, 2021 |
| Deadline for conference of attorneys | February 1, 2021 |
| Deadline for mandatory courtroom technology training | February 16, 2021 |
| Pretrial order filed | February 16, 2021 |
| Trial briefs; voir dire; proposed jury instructions | February 19, 2021 |
| Trial (15 day estimate) | March 1, 2021 |

DATED this 26th day of September 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
