UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOURDES DEL RIO *et al.*, | CASE NO. C17-0690-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| IPECO HOLDINGS, LTD. *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 90). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 11th day of February 2020

                                          William M. McCool
                                          Clerk of Court

                                          s/Tomas Hernandez
                                          Deputy Clerk